**Alex RACKLEY, Appellant,**

v.

**STATE of Florida, Appellee.**

**No. 1D16–2544.**

District Court of Appeal of Florida,
First District.

Dec. 1, 2016.

Alex Rackley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Although we find Appellant's motion under Rule 3.850 of the Florida Rules of Criminal Procedure was timely filed, we reject Appellant's claims on the merits and affirm. *See Robertson v. State,* 829 So.2d 901, 906 (Fla.2002) (noting that appellate court may affirm a trial court order that reaches the right result but for the wrong reason).

AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., concur.

**Larry ROJAS, Appellant,**

v.

**DYCK-O'NEAL, INC., Appellee.**

**Case No. 5D16–3051**

District Court of Appeal of Florida,
Fifth District.

Opinion filed December 9, 2016

N. James Turner, Orlando, for Appellant.

No Appearance for Appellee.

PER CURIAM.

AFFIRMED. <u>See</u> <u>Aluia v. Dyck–O'Neal, Inc.,</u> 205 So.3d 768, 2016 WL 3766717, 41 Fla. L. Weekly D1660 (Fla. 2d DCA July 15, 2016) (holding that debtor's motion to dismiss was correctly denied because debtor failed to plead and prove that creditor was "debt collector" as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692p).

ORFINGER, TORPY and COHEN, JJ., concur.